CAPEHART & SCATCHARD, P.A.
A Professional Corporation
Laurel Corporate Center, Suite 300
8000 Midlantic Drive - C.S. 5016
Mount Laurel, N.J.  08054
(856) 234-6800
Attorneys for Plaintiff
By:  John K. Fiorilla, Esq.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ILLINOIS CENTRAL RAILROAD COMPANY, an Illinois Corporation, | : : : | |
| Plaintiff, | : : | CASE NO. |
| vs. | : : | CIVIL ACTION |
| MAMMOET USA, INC., | : : | **COMPLAINT** |
| Defendant. | : | |

Plaintiff, Illinois Central Railroad Company, (hereinafter "IC"), by way of Complaint against defendant, MAMMOET USA, INC., says:

1.	The Court obtains jurisdiction in this matter pursuant to 28 USCA 1337 (a) and 49 USCA 10743(a) being a suit for interstate freight and transportation charges.

2.	Plaintiff IC is an Illinois Corporation with its principal place of business at 17641 South Ashland Avenue, Homewood, Illinois 60430, doing business in several states of the United States.

3.	Plaintiff, IC and its connecting carriers at all times mentioned were common carriers by railroad engaged in interstate commerce and doing business in the United States.

4.	Defendant, MAMMOET USA, INC. (hereinafter "MAMMOET"), is a Delaware corporation, involved in providing customer driven and tailor made solutions in heavy lifting and transport, with an office at 1246 Maidencreek Road, Fleetwood, Berks County, Pennsylvania 19522.

899746
0489-20790

1

5.      The subject matter of this action stems from charges assessed under circulars and tariffs published by the plaintiff for freight services throughout the United States and Canada, performed by IC for MAMMOET.   IC provided these services for MAMMOET.

6.      At times between January 2004 and September 2005, IC performed the services noted in paragraph 5 above as noted in Exhibit "A" annexed to this Complaint.

7.      Pursuant to the applicable tariffs, circulars and contracts, there accrued to IC charges for these services the sum of $53,324.40 US Dollars and an additional amount of $16,718.00  in Canadian Dollars..  A listing of the charges and the amount due for each is attached hereto as Exhibit "A."

8.      These charges were billed and payment demanded for the services rendered by IC to MAMMOET at MAMMOET's offices at 20525 FM 221, Rosharon, Texas 77583, from where the bills have always been disputed and/or paid;  however, the defendant has failed and refused to pay the bills noted in this Complaint.

        **WHEREFORE**, plaintiff IC demands that judgment against the defendant MAMMOET USA, INC. be entered on this Complaint in the amount of $53,324.40 in US Dollars to IC plus $16,718.00 in Canadian dollars (or its US Dollar equivalent), **plus any additional charges that may be due at the time of hearing,** together with prejudgment interest from the date of service, and for costs and disbursements of the Complaint.

                                        CAPEHART & SCATCHARD, P.A.
                                        A Professional Corporation
                                        Attorneys for Illinois Central Railway Company


                                        By   s/ John K. Fiorilla_____
                                                John K. Fiorilla

DATED:  November 29, 2007.

OJS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ILLINOIS CENTRAL RAILWAY COMPANY

## DEFENDANTS
MAMMOET USA, INC.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorneys (Firm Name, Address, and Telephone Number)
John K. Fiorilla, Esq.
CAPEHART & SCATCHARD, P.A.
8000 Midlantic Drive - Suite 300
Mt. Laurel NJ  08054
(856) 234-6800

Attorneys (If Known)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [x] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES  (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | **PERSONAL INJURY** | **PERSONAL INJURY** |  |  |  |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury - Med. Malpractice | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act |  |  | [ ] 625 Drug Related Seizure of Property 21 USC |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [x] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability |  | [ ] 640 R.R. & Trucks | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
|  |  | [ ] 371 Truth in Lending | [ ] 690 Other |  | [ ] 850 Securities/Commodities/Exchange |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 160 Stockholder's Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (139ff) | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract |  |  |  | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| [ ] 195 Contract Property Liability | [ ] 360 Other Personal Injury |  | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: |  | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |  |
| [ ] 240 Torts to Land |  | [ ] 535 Death Penalty |  |  |  |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 540 Mandamus & Other | [ ] 790 Other Labor Litigation | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights | [ ] 791 Empl. Ret. Inc. Security Act |  | [ ] 890 Other Statutory Actions |
|  |  | [ ] 555 Prison Condition |  |  |  |

## V. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multi District Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)  28 USCA 1337(a) and 49 USCA 10743(a) - This suit involves interstate freight charges.

## VII. REQUESTED IN COMPLAINT
[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND** $ 53,324.40 USD
$ 16,718.00 CAD
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY  (See instructions)
JUDGE _____  DOCKET NUMBER _____

DATE  11/29/2007      SIGNATURE OF ATTORNEY OF RECORD
                      s/   John K. Fiorilla, Esq.

**FOR OFFICE USE ONLY**
899752
0489-20790

| Invoice Nu | Patron Nu | Invoice Dat | Invoice Sta | Billed Amo | Billed | Paid-To-Da | Outstandin | Waybill Nu | Waybill Da | Bill Of Ladi | Commodity | Equipment | Equipment | Origin Stat Station | Origin Destinatior Station | Dest. Destination Station | Net Scale W | Net Scale Weight - UO Wgt. UOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 210121154 | 002440A | 1/24/2006 | UC | 75207.6 | USD | 73491.6 | 1716 | 802032 | 1/16/2004 | GB172192 | 3612128 | PTDX | 202 | MONROE MI | MT VERNON IN | 675000 | LB |
| 222172949 | 002440A | 4/6/2006 | UC | 5710.4 | USD | 0 | 5710.4 | 771999 | 9/7/2004 | | 3511287 | KRL | 370360 | MEMPHIS TN | OCEANSII CA | 330000 | LB |
| 222173641 | 002440A | 1/24/2006 | UC | 3464 | USD | 0 | 3464 | 817079 | 9/24/2004 | 4.51E+09 | 3511287 | KRL | 370945 | MEMPHIS TN | OCEANSII CA | 110000 | LB |
| 222176530 | 002440A | 1/23/2006 | UC | 6574.4 | USD | 0 | 6574.4 | 804616 | 9/20/2004 | 4.51E+09 | 3511287 | KRL | 370361 | MEMPHIS TN | OCEANSII CA | 380000 | LB |
| 222177124 | 002440A | 1/24/2006 | UC | 3464 | USD | 0 | 3464 | 817030 | 9/24/2004 | 4.51E+09 | 3511287 | KRL | 70912 | MEMPHIS TN | OCEANSII CA | 140000 | LB |
| 222180998 | 002440A | 1/23/2006 | UC | 4846.4 | USD | 0 | 4846.4 | 817043 | 9/24/2004 | 4.51E+09 | 3511287 | KRL | 70918 | MEMPHIS TN | OCEANSII CA | 280000 | LB |
| 222185943 | 002440A | 1/23/2006 | UC | 6582.4 | USD | 0 | 6582.4 | 771985 | 9/7/2004 | | 3621644 | KRL | 370356 | MEMPHIS TN | WATSON CA | 380000 | LB |
| 222193769 | 002440A | 1/23/2006 | UC | 8648 | USD | 0 | 8648 | 771989 | 9/7/2004 | | 3621644 | KRL | 370371 | MEMPHIS TN | WATSON CA | 500000 | LB |
| 222196532 | 002440A | 1/23/2006 | UC | 8561.6 | USD | 0 | 8561.6 | 813409 | 9/23/2004 | | 3511287 | KRL | 370363 | MEMPHIS TN | WATSON CA | 495000 | LB |
| 222726217 | 002440A | 1/24/2006 | UC | 26014 | USD | ####### | 5757.2 | 824255 | ####### | PO451008 | 3391134 | PPU | 300034 | WATSON CA | EAST EDMAB | 150000 | LB |
| 280082430 | 002440A | ####### | UC | 16718 | CAD | 0 | 16718 | 449124 | 9/7/2005 | 4.51E+09 | 3599990 | KRL | 70971 | WINDSOR ON | MARION OH | 350000 | LB |

USA - 53,324.40
CA   16,718.00


EXHIBIT A