CAPEHART & SCATCHARD, P.A.
A Professional Corporation
Laurel Corporate Center, Suite 300
8000 Midlantic Drive - C.S. 5016
Mount Laurel, N.J. 08054
(856) 234-6800
Attorneys for Plaintiff
By: John K. Fiorilla, Esq.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| ILLINOIS CENTRAL RAILWAY COMPANY, A Delaware Corporation | : : : | |
| Plaintiff, | : : | CASE NO. |
| vs. | : : | CIVIL ACTION |
| MAMMOET USA, INC. | : : | **DISCLOSURE STATEMENT** |
| Defendant. | : : : | |

    The nongovernmental corporate party, ILLINOIS CENTRAL RAILWAY COMPANY, in the above listed civil action, is a wholly owned subsidiary of Illinois Central Corporation, a Delaware Corporation, which is a wholly owned subsidiary of Canadian National Railway Company, a Canadian Corporation, that owns 10% or more of its stock.

                      CAPEHART & SCATCHARD, P.A.
                      A Professional Corporation
                      Attorneys for
                      Illinois Central Railway Company


                      By:___s/ John K. Fiorilla_____
                               John K. Fiorilla


DATED:        November 30, 2007

899755
0489-20790