AFFIDAVIT OF PERSONAL SERVICE

---

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ILLINOIS CENTRAL RAILROAD COMPANY**

C.A. No. 07-5109

V

**MAMMOET USA, INC.**

---

STATE OF DELAWARE         }
                          }ss.
COUNTY OF NEW CASTLE

I, Marshal Manlove, of the State of Delaware, County of New Castle, being duly sworn, says on the 7th day of December, 2007, at 11:20 a.m., I personally served a copy of a SUMMONS, COMPLAINT WITH EX.A. ATTACHED, CIVIL COVER SHEET, DISCLOSURE STATEMENT, AND COURT'S NOTICE OF RIGHT TO CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE on **MAMMOET USA, INC.,** by serving the registered agent, CORPORATION SERVICE COMPANY, at 2711 Centerville Road, Wilmington, DE 19808.

Name of individual personally served: Mary Drummond-Section head of service of process.
Description of individual served: White female, 30 years old, 5'5" tall, 140 lbs w/brown hair.

_____

Subscribed and sworn before me
This 7th day of December, 2007.

_____
Notary Public

My commission expires:

CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 24, 2011