IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ILLINOIS CENTRAL RAILWAY COMPANY | : : : | CIVIL ACTION |
| | : | 07-5109 LS |
| v. | : : | |
| | : | **NOTICE OF APPEARANCE** |
| MAMMOET USA, INC. | : | **OF COUNSEL** |

**TO THE CLERK OF THE COURT:**

Kindly enter my appearance as counsel for Defendant Mammoet USA, Inc. in the above-captioned matter.

            SCHINDEL, FARMAN, LIPSIUS,
            GARDNER & RABINOVICH, LLP

            /s_____
            By:   Jonathan F. Ball
                     I.D. No. 59420
            14 Penn Plaza, Suite 500
            225 W. 34th Street
            New York, NY  10022
            (212) 563-1710
            (212) 695-6602 (fax)
            jball@sfl-legal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of December, 2007, the foregoing Notice of Appearance of Counsel was filed electronically through the Court's ECF system. Notice of such electronic filing, and access to a true and correct copy of the foregoing pleading, will be given to the following counsel of record automatically through the Court's ECF system:

John K. Fiorilla, Esquire
CAPEHART &SCATCHARD, P.A.
Laurel Corporate Center, Suite 300
8000 Midlantic Drive – C.S. 5016
Mount Laurel, NJ 08054

*Counsel for Plaintiff*
*Illinois Central Railway Company*

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP

/s_____
By:   Jonathan F. Ball
       I.D. No. 59420
14 Penn Plaza, Suite 500
225 W. 34th Street
New York, NY 10022
(212) 563-1710
(212) 695-6602 (fax)
jball@sfl-legal.com

*Counsel for Defendant*
*Mammoet USA, Inc.*