IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ILLINOIS CENTRAL RAILWAY COMPANY | : : : | CIVIL ACTION |
| | : | 07-5109 LS |
| v. | : : | |
| MAMMOET USA, INC. | : | |

**STIPULATION OF COUNSEL PROVIDING AN EXTENSION OF TIME
TO ANSWER, PLEAD, OR OTHERWISE MOVE**

Pursuant to Local Rule 7.4, it is hereby stipulated by and between the undersigned counsel to the parties that the time for Defendant Mammoet USA, Inc. to answer, plead, or otherwise move shall be extended through and including January 18, 2008. No such prior extension has been granted, and the extension of time stipulated herein does not exceed thirty (30) days.

CAPEHART & SCATCHARD

/s_____
By:   John K. Fiorilla

Laurel Corporate Center, Suite 300
8000 Midlantic Drive – C.S. 5016
Mount Laurel, NJ  08054
(856) 234-6800
jfiorilla@capehart.com

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP

/s_____
By:   Jonathan F. Ball
        I.D. No. 59420
14 Penn Plaza, Suite 500
225 W. 34th Street
New York, NY  10022
(212) 563-1710
jball@sfl-legal.com

**APPROVED AND SO ORDERED** this ___ day of _____, 200___.

**BY THE COURT:**

_____
                                                                , J.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of December, 2007, the foregoing Stipulation for Extension of Time was filed electronically through the Court's ECF system. Notice of such electronic filing, and access to a true and correct copy of the foregoing pleading, will be given to the following counsel of record automatically through the Court's ECF system:

John K. Fiorilla, Esquire
CAPEHART &SCATCHARD, P.A.
Laurel Corporate Center, Suite 300
8000 Midlantic Drive – C.S. 5016
Mount Laurel, NJ 08054

*Counsel for Plaintiff*
*Illinois Central Railway Company*

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP

/s_____
By:   Jonathan F. Ball
         I.D. No. 59420
14 Penn Plaza, Suite 500
225 W. 34th Street
New York, NY 10022
(212) 563-1710
(212) 695-6602 (fax)
jball@sfl-legal.com

*Counsel for Defendant*
*Mammoet USA, Inc.*