IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ILLINOIS CENTRAL RAILWAY COMPANY | : : : | CIVIL ACTION |
| v. | : : : | 07-5109 LS |
| MAMMOET USA, INC. | : : | |

**STIPULATION OF COUNSEL PROVIDING AN EXTENSION OF TIME TO ANSWER, PLEAD, OR OTHERWISE MOVE**

Pursuant to Local Rule 7.4, it is hereby stipulated by and between the undersigned counsel to the parties that the time for Defendant Mammoet USA, Inc. to answer, plead, or otherwise move shall be extended through and including January 18, 2008. No such prior extension has been granted, and the extension of time stipulated herein does not exceed thirty (30) days.

CAPEHART & SCATCHARD

/s
By:   John K. Fiorilla

Laurel Corporate Center, Suite 300
8000 Midlantic Drive – C.S. 5016
Mount Laurel, NJ  08054
(856) 234-6800
jfiorilla@capehart.com

SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH, LLP

/s
By:   Jonathan F. Ball
         I.D. No. 59420
14 Penn Plaza, Suite 500
225 W. 34th Street
New York, NY  10022
(212) 563-1710
jball@sfl-legal.com

**APPROVED AND SO ORDERED** this 16th day of January, 2008.

BY THE COURT:

_____, J.