UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ILLINOIS CENTRAL RAILROAD         :
COMPANY, an Illinois Corporation  :
                                  :   Case No.:
        Plaintiff,                :   07-cv-5109 (LS)
                                  :
    v.                            :
                                  :
MAMMOET USA, INC.,                :   **DEFENDANT'S RULE 7.1**
                                  :   **CORPORATE DISCLOSURE**
        Defendant.                :   **STATEMENT**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

The nongovernmental corporate party, Defendant MAMMOET USA, INC., in the above listed civil action is wholly owned by its parent corporation, Mammoet USA Holding, Inc., which is, in turn, wholly owned by its parent corporation, Mammoet Holding, B.V. No publicly held corporation owns 10% or more of Defendant's stock.

SCHINDEL, FARMAN, LIPSIUS,
 GARDNER & RABINOVICH, LLP

By:    /s/ Jonathan F. Ball
       Jonathan F. Ball
       Attorney I.D. No. 59420

14 Penn Plaza, Suite 500
New York, New York 10122
(212) 563-1710
(212) 695-6602 (fax)
jball@sfl-legal.com

Attorneys for Defendant,
Mammoet USA, Inc.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of January, 2008, the foregoing Corporate Disclosure Statement was filed electronically through the Court's ECF system. Notice of such electronic filing, and access to a true and correct copy of the foregoing pleading, will be given to the following counsel of record automatically through the Court's ECF system:

John K. Fiorilla, Esquire
CAPEHART &SCATCHARD, P.A.
Laurel Corporate Center, Suite 300
8000 Midlantic Drive – C.S. 5016
Mount Laurel, NJ  08054

*Counsel for Plaintiff*
*Illinois Central Railway Company*

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP

/s/ Jonathan F. Ball
By:    Jonathan F. Ball
       I.D. No. 59420
14 Penn Plaza, Suite 500
225 W. 34th Street
New York, NY  10022
(212) 563-1710
(212) 695-6602 (fax)
jball@sfl-legal.com

*Counsel for Defendant*
*Mammoet USA, Inc.*