UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
| | |
|---|---|
| ILLINOIS CENTRAL RAILROAD COMPANY, an Illinois Corporation | : : : |
| Plaintiff, | Case No.: 07-cv-5109 (LS) |
| v. | : : |
| MAMMOET USA, INC., | **DEFENDANT'S MOTION TO DISMISS PURSUANT TO** |
| Defendant. | **FED.R.CIV.P. 12(b)(2) and (3)** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

For the reasons set forth in the accompanying memorandum of law, Defendant Mammoet USA, Inc., by and through its attorneys, Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP, respectfully moves pursuant to Fed.R.Civ.P. 12(b)(2) and (3) to dismiss the complaint because this Honorable Court lacks personal jurisdiction over Mammoet USA, Inc., or, alternatively, because venue in the Eastern District of Pennsylvania is not proper.

                                                                            SCHINDEL, FARMAN, LIPSIUS,
                                                            GARDNER & RABINOVICH, LLP

                                                       By:   /s/ Jonathan F. Ball
                                                            Jonathan F. Ball
                                                            Attorney I.D. No. 59420

                                                      14 Penn Plaza, Suite 500
                                                      New York, New York 10122
                                                      (212) 563-1710
                                                      (212) 695-6602 (fax)
                                                      jball@sfl-legal.com

                                                      Attorneys for Defendant,
                                                      Mammoet USA, Inc.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of January, 2008, the foregoing Motion to Dismiss, and the Memorandum of Law in Support, and Exhibits 1 – 5, were filed electronically through the Court's ECF system.  Notice of such electronic filing, and access to a true and correct copy of the foregoing pleading, will be given to the following counsel of record automatically through the Court's ECF system:

John K. Fiorilla, Esquire
CAPEHART &SCATCHARD, P.A.
Laurel Corporate Center, Suite 300
8000 Midlantic Drive – C.S. 5016
Mount Laurel, NJ  08054

*Counsel for Plaintiff
Illinois Central Railway Company*

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP

/s_____
By:     Jonathan F. Ball
          I.D. No. 59420
14 Penn Plaza, Suite 500
225 W. 34th Street
New York, NY  10022
(212) 563-1710
(212) 695-6602 (fax)
jball@sfl-legal.com

*Counsel for Defendant
Mammoet USA, Inc.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ILLINOIS CENTRAL RAILROAD       :
COMPANY, an Illinois Corporation :
                                :   Case No.:
        Plaintiff,              :   07-cv-5109 (LS)
                                :
    v.                          :   **MEMORANDUM OF LAW**
                                :   **IN SUPPORT OF**
MAMMOET USA, INC.,              :   **DEFENDANT'S MOTION TO**
                                :   **DISMISS PURSUANT TO**
        Defendant.              :   **FED.R.CIV.P. 12(b)(2) and (3)**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I.  PRELIMINARY STATEMENT

Illinois Central Railroad Company has sued Mammoet USA, Inc. to recover allegedly past due and owing charges assessed under the railroad's circulars and tariffs for freight transportation services it allegedly rendered for Mammoet USA, Inc. Mammoet USA, Inc. contends that Illinois Central cannot sustain its burden of establishing with reasonable particularity sufficient contacts between Mammoet USA, Inc. and the Commonwealth of Pennsylvania to show that jurisdiction is proper. Mammoet USA, Inc. further contends that venue is not proper in the Eastern District of Pennsylvania. Consequently, Mammoet USA, Inc. respectfully moves pursuant to Fed.R.Civ.P. 12(b)(2) and (3) to dismiss the complaint for lack of personal jurisdiction or, in the alternative, because venue in the Eastern District of Pennsylvania is not proper.

II. FACTUAL BACKGROUND

Illinois Central Railroad Company, an Illinois corporation with its principal place of business in Illinois, claims to have performed freight transportation services for Mammoet USA, Inc. in various locations through the United States and Canada. Illinois Central does not allege

that it rendered any services for Mammoet USA, Inc. in Pennsylvania.  Illinois Central further alleges that it assessed charges for those services pursuant to its circulars and tariffs, and demanded payment from Mammoet USA.  Illinois Central claims that Mammoet USA has failed or refused to pay charges in the amount of $53,324.40 US and $16,718 Canadian relative to 11 freight movements that occurred between September 2005 and April 2006.  *Complaint* at ¶¶ 2, 5-8 and at Exhibit A (A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit 1).

Illinois Central has invoked federal question jurisdiction pursuant to 28 U.S.C. § 1337(a) because its cause of action arises under 49 U.S.C. § 10743(a).  *Exhibit 1 (Complaint)* at ¶ 1.  The only averment of the complaint that appears to address either personal jurisdiction over the defendant or the propriety of venue in the Eastern District of Pennsylvania is Illinois Central's assertion that Mammoet USA maintains an office at 1246 Maidencreek Road, Fleetwood, Berks County, Pennsylvania  19522.  *Exhibit 1 (Complaint)* at ¶ 4.

Unfortunately for Illinois Central, it has identified the office address for **Mammoet USA NE Corp.**, a separate corporation that is not a party to this action.  *Affidavit of Jacco van der Pol at ¶¶ 3-4* (a true and correct copy of which is attached hereto as Exhibit 2).  Non-party Mammoet USA NE Corp. is a Delaware Corporation.  *State of Delaware Division of Corporations Entity Details File Number 3113183* (A true and correct copy of which is attached hereto as Exhibit 3).  Non-party Mammoet USA NE Corp. is duly registered to do business in Pennsylvania, and maintained an office at 1246 Maidencreek Road, Fleetwood, Berks County, Pennsylvania  19522.  *Commonwealth of Pennsylvania Department of State Business Entity Filing History, Entity No. 3155951* (a true and correct copy of which is attached hereto as Exhibit 4).  Defendant Mammoet USA, Inc. is a Delaware Corporation.  *State of Delaware*

*Division of Corporations Entity Details File Number 2215994* (A true and correct copy of which is attached hereto as Exhibit 4). Defendant Mammoet USA, Inc. does not have an office in Pennsylvania. *Exhibit 2 (van der Pol affidavit) at ¶¶ 5*-6. Defendant Mammoet USA, Inc. has not done, and does not do, business out of non-party Mammoet USA NE Corp.'s office in Fleetwood, PA. *Exhibit 2 (van der Pol affidavit) at ¶ 5*.

Apart from its mistaken reference to the address of an office belonging to a similarly named, yet entirely separate, corporation, Illinois Central has not made any assertions that would establish general or even specific jurisdiction over Mammoet USA, Inc., a non-resident defendant. Likewise, Illinois Central has not alleged that any, let alone a substantial part, of the events or omissions giving rise to its claim occurred within the Eastern District of Pennsylvania. Mammoet USA, Inc. did not request that Illinois Central perform any services for Mammoet USA, Inc. in Pennsylvania. *Exhibit 2 (van der Pol affidavit) at ¶ 7*. Finally, Illinois has not alleged that there is no district in which this action may otherwise be brought.

III.  LEGAL ARGUMENT

    A.  This Honorable Court lacks personal jurisdiction over Mammoet USA, Inc.

        1.  Applicable standard

When confronted with an objection or defense raising lack of personal jurisdiction, the plaintiff must demonstrate through affidavits or other evidence that jurisdiction is proper. Dayhoff, Inc. v. H.J. Heinz Co., 86 F.3d 1287 (3d Cir. 1996). To meet this burden, the plaintiff must establish with reasonable particularity sufficient contacts between the defendant and the forum state. Mellon Bank (East) PSFS, N.A. v. Farino, 960 F.2d 1217, 1223 (3d Cir. 1992).

In determining whether it may exercise personal jurisdiction over a non-resident defendant, a federal district court must apply the laws in which it sits. Bucks County Playhouse

v. Bradshaw, 577 F. Supp. 1203, 1206 (E.D. Pa. 1983).  As this Honorable Court has recently stated, "Pennsylvania's long-arm statute extends jurisdiction over non-residents to the 'fullest extent allowed under the Constitution of the United States.' 42 Pa. Const. Stat. Ann. § 5322(b). Pennsylvania's statute is therefore coextensive with the constitutional limits set by the due process clause of the Fourteenth Amendment." Pulse Technologies, Inc. v. Dodrill, 2006 WL 3589028 at *2 (E.D. Pa. 2006) (Stengel, J.).  Accordingly, personal jurisdiction is proper only if Illinois Central's claim is related to our arises out of Mammoet USA, Inc.'s minimum contacts in the forum under the standards established by International Shoe Co. v. Washington, 326 U.S. 310 (1945).

  2.  Argument

A single averment in Illinois Central's complaint appears to be intended to provide the basis for establishing both personal jurisdiction over Mammoet USA, Inc. and proper venue in the Eastern District of Pennsylvania.  Illinois Central asserts that Mammoet USA maintains an office at 1246 Maidencreek Road, Fleetwood, Berks County, Pennsylvania 19522. *Exhibit 1 (Complaint)* at ¶ 4.  Illinois Central apparently relies on the supposed physical presence of Mammoet USA, Inc. in Pennsylvania to demonstrate the requisite minimum contacts between the defendant and the forum state.  See, e.g., Mellon Bank, 960 F.2d at 1225.

Unfortunately for Illinois Central, it has identified the office address for **Mammoet USA NE Corp.**, a separate corporation that is not a party to this action. *Affidavit of Jacco van der Pol at ¶¶ 3-4* (a true and correct copy of which is attached hereto as Exhibit 2).  Non-party Mammoet USA NE Corp. is a Delaware Corporation. *State of Delaware Division of Corporations Entity Details File Number 3113183* (A true and correct copy of which is attached hereto as Exhibit 3).  Non-party Mammoet USA NE Corp. is duly registered to do business in

Pennsylvania, and maintained an office at 1246 Maidencreek Road, Fleetwood, Berks County, Pennsylvania 19522. *Commonwealth of Pennsylvania Department of State Business Entity Filing History, Entity No. 3155951* (a true and correct copy of which is attached hereto as Exhibit 4). Defendant Mammoet USA, Inc. is a Delaware Corporation. *State of Delaware Division of Corporations Entity Details File Number 2215994* (A true and correct copy of which is attached hereto as Exhibit 4). Defendant Mammoet USA, Inc. does not have an office in Pennsylvania. *Exhibit 2 (van der Pol affidavit) at ¶¶ 5*-6. Defendant Mammoet USA, Inc. has not done, and does not do, business out of non-party Mammoet USA NE Corp.'s office in Fleetwood, PA. *Exhibit 2 (van der Pol affidavit) at ¶ 5*.

Although minimum contacts sufficient to confer personal jurisdiction may exist even in the absence of the defendant's physical presence in the forum state, Mellon Bank, 960 F.2d at 1225, Illinois Central has not alleged any other facts intended to show that Mammoet USA, Inc. deliberately engaged in significant activities in Pennsylvania, or somehow created continuing obligations between itself and Pennsylvania. See, Burger King Corp. v. Rudzewicz, 471 U.S. 462, 475-76 (1985). Illinois Central has not alleged any specific acts or conduct by Mammoet USA, Inc. in or directed towards Pennsylvania regarding the claim at issue. Mammoet USA, Inc. did not request that Illinois Central perform any services for Mammoet USA, Inc. in Pennsylvania. *Exhibit 2 (van der Pol affidavit) at ¶ 7*.

In light of the foregoing, Illinois Central has not met its burden of establishing minimum contacts sufficient to support this Honorable Court's exercise of personal jurisdiction over Mammoet USA, Inc. Consequently, this Honorable Court should grant Mammoet USA, Inc.'s

motion, and dismiss the complaint pursuant to Fed.R.Civ.P. 12(b)(2) for lack of personal jurisdiction.[1]

    B.    <u>Venue is not proper in the Eastern District of Pennsylvania</u>

        1.    <u>Applicable standard</u>

The moving party bears the burden of proving that venue is improper. <u>George Young Co. v. Bury Bros., Inc.</u>, 2004 WL 1173129 at *7 (E.D. Pa. 2004) <u>citing</u> <u>Myers v. Am. Dental Assoc.</u>, 695 F.2d 716, 724-35 (3d Cir. 1982). Where, as here, the defendant does not reside in the forum state, and the suit could be brought in another district, the test for determining the propriety of a plaintiff's chosen venue is the location of the acts or omissions that give rise to the plaintiff's claims rather than the defendant's contacts with the district in which the plaintiff filed suit.[2] <u>Cottman Transmission Sys., Inc. v. Martino</u>, 36 F.3d 291, 294 (3d Cir. 1994) (addressing venue under 28 U.S.C. § 1391(a)(2), the provisions of which are identical to 28 U.S.C. § 1391(b)(2)).

        2.    <u>Argument</u>

Because Illinois Central relies on the existence of a federal question as the basis for subject matter jurisdiction, venue is governed by 28 U.S.C. § 1391(b). That section provides, in pertinent part, that suit may be brought in a judicial district in which: (1) any defendant resides, if all defendants reside in the same state; (2) a substantial part of the events or omissions giving

---

[1] Because Illinois Central has not established sufficient minimum contacts, it is not necessary to determine whether exercising personal jurisdiction over Mammoet USA, Inc. would be reasonable and comport with traditional notions of fair play and substantial justice. <u>See</u>, <u>Penzoil Prods. Co. v. Collelis & Assoc., Inc.</u>, 149 F.3d 197, 201 (3d Cir. 1998).

[2] Illinois Central's averment that Mammoet USA, Inc. had an office in Berks County, PA suggests that it intended to establish venue in this district pursuant to 28 U.S.C. § 1391(b)(1). Because, as established by Mammoet USA, Inc.'s submissions with this motion, Mammoet USA, Inc. does not reside in Pennsylvania, § 1391(b)(1) cannot apply. Moreover, because suit could have been brought in at least one other district, i.e. Delaware, § 1391(b)(3) cannot apply.

rise to its claim occurred; or (3) any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Inasmuch as Mammoet USA, Inc. is a corporation, it is deemed to reside in any judicial district in which it is subject to personal jurisdiction at the time the action is commenced. 28 U.S.C. § 1391(c).

As discussed above, the only averment in Illinois Central's complaint that addresses venue states that Mammoet USA maintains an office at 1246 Maidencreek Road, Fleetwood, Berks County, Pennsylvania 19522. *Exhibit 1 (Complaint)* at ¶ 4. Illinois Central has identified the office address for **Mammoet USA NE Corp.**, a separate corporation that is not a party to this action. *Affidavit of Jacco van der Pol at ¶¶ 3-4* (a true and correct copy of which is attached hereto as Exhibit 2). Non-party Mammoet USA NE Corp. is a Delaware Corporation. *State of Delaware Division of Corporations Entity Details File Number 3113183* (A true and correct copy of which is attached hereto as Exhibit 3). Non-party Mammoet USA NE Corp. is duly registered to do business in Pennsylvania, and maintained an office at 1246 Maidencreek Road, Fleetwood, Berks County, Pennsylvania 19522. *Commonwealth of Pennsylvania Department of State Business Entity Filing History, Entity No. 3155951* (a true and correct copy of which is attached hereto as Exhibit 4). Defendant Mammoet USA, Inc. is a Delaware Corporation. *State of Delaware Division of Corporations Entity Details File Number 2215994* (A true and correct copy of which is attached hereto as Exhibit 4). Defendant Mammoet USA, Inc. does not have an office in Pennsylvania. *Exhibit 2 (van der Pol affidavit) at ¶¶ 5*-6. Defendant Mammoet USA, Inc. has not done, and does not do, business out of non-party Mammoet USA NE Corp.'s office in Fleetwood, PA. *Exhibit 2 (van der Pol affidavit) at ¶ 5*.

Venue is not proper in the Eastern District of Pennsylvania under 28 U.S.C. § 1391(b)(1) because Mammoet USA, Inc. does not reside within the district. Illinois Central has not made

any averments that a substantial part of the events or omissions giving rise to the claim occurred within the Eastern District. Similarly, Illinois Central has not contended that there is no other district in which this case could be brought. Therefore, venue is not proper because the requirements of 28 U.S.C. §1391(b)(2) and (3) have not been satisfied.

In light of the foregoing, venue is not proper in the Eastern District of Pennsylvania. This Honorable Court should therefore grant Mammoet USA, Inc.'s motion, and dismiss Illinois Central's complaint pursuant to Fed.R.Civ.P. 12(b)(3) due to improper venue.

IV.    CONCLUSION

The sole basis alleged by Illinois Central Railroad Company to establish both personal jurisdiction and venue is incorrect. Mammoet USA, Inc. is not a resident of Pennsylvania, let alone the Eastern District. Illinois Central has not established sufficient minimum contacts to support personal jurisdiction over Mammoet USA, Inc. Moreover, Illinois Central has not established any cognizable basis for venue in the Eastern District of Pennsylvania. This Honorable Court should therefore dismiss the complaint for lack of personal jurisdiction or, in the alternative, because venue in the Eastern District of Pennsylvania is not proper.

        SCHINDEL, FARMAN, LIPSIUS,
         GARDNER & RABINOVICH, LLP

        By:    /s/ Jonathan F. Ball
            Jonathan F. Ball
            Attorney I.D. No. 59420

        14 Penn Plaza, Suite 500
        New York, New York 10122
        (212) 563-1710
        (212) 695-6602 (fax)
        jball@sfl-legal.com

        Attorneys for Defendant,
        Mammoet USA, Inc.

CAPEHART & SCATCHARD, P.A.
A Professional Corporation
Laurel Corporate Center, Suite 300
8000 Midlantic Drive - C.S. 5016
Mount Laurel, N.J. 08054
(856) 234-6800
Attorneys for Plaintiff
By: John K. Fiorilla, Esq.

FILED DEC 0 3 2007

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ILLINOIS CENTRAL RAILROAD COMPANY, an Illinois Corporation, | : : : | 07 5109 |
| Plaintiff, | : : | CASE NO. |
| vs. | : : | CIVIL ACTION |
| MAMMOET USA, INC., | : : | COMPLAINT |
| Defendant. | : | |

Plaintiff, Illinois Central Railroad Company, (hereinafter "IC"), by way of Complaint against defendant, MAMMOET USA, INC., says:

1. The Court obtains jurisdiction in this matter pursuant to 28 USCA 1337 (a) and 49 USCA 10743(a) being a suit for interstate freight and transportation charges.

2. Plaintiff IC is an Illinois Corporation with its principal place of business at 17641 South Ashland Avenue, Homewood, Illinois 60430, doing business in several states of the United States.

3. Plaintiff, IC and its connecting carriers at all times mentioned were common carriers by railroad engaged in interstate commerce and doing business in the United States.

4. Defendant, MAMMOET USA, INC. (hereinafter "MAMMOET"), is a Delaware corporation, involved in providing customer driven and tailor made solutions in heavy lifting and transport, with an office at 1246 Maidencreek Road, Fleetwood, Berks County, Pennsylvania 19522.

5. The subject matter of this action stems from charges assessed under circulars and tariffs published by the plaintiff for freight services throughout the United States and Canada, performed by IC for MAMMOET. IC provided these services for MAMMOET.

6. At times between January 2004 and September 2005, IC performed the services noted in paragraph 5 above as noted in Exhibit "A" annexed to this Complaint.

7. Pursuant to the applicable tariffs, circulars and contracts, there accrued to IC charges for these services the sum of $53,324.40 US Dollars and an additional amount of $16,718.00 in Canadian Dollars.. A listing of the charges and the amount due for each is attached hereto as Exhibit "A."

8. These charges were billed and payment demanded for the services rendered by IC to MAMMOET at MAMMOET's offices at 20525 FM 221, Rosharon, Texas 77583, from where the bills have always been disputed and/or paid; however, the defendant has failed and refused to pay the bills noted in this Complaint.

WHEREFORE, plaintiff IC demands that judgment against the defendant MAMMOET USA, INC. be entered on this Complaint in the amount of $53,324.40 in US Dollars to IC plus $16,718.00 in Canadian dollars (or its US Dollar equivalent), plus any additional charges that may be due at the time of hearing, together with prejudgment interest from the date of service, and for costs and disbursements of the Complaint.

CAPEHART & SCATCHARD, P.A.
A Professional Corporation
Attorneys for Illinois Central Railway Company

By: _____
John K. Fiorilla

DATED: November 21, 2007.

899746
0489-20790

2

| Invoice Nur | Patron Nur | Invoice Dat | Invoice Sta | Billed Amo | Paid-To-Da | Outstanding | Waybill Da | Bill Of Lad | Commodit | Equipment | Equipment | Origin Stat Station | Destination Station | Dest. | Not Scale Wt | Net Scale Weight - UOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21012154 | 002440A | 1/24/2006 | UC | 75207.6 USD | 73491.5 | 1716 | 802032 | 1/16/2004 | GB172192 | 3612125 | PTDX | 202 MONROE MI | MT VERNON | | 675000 LB | |
| 22272949 | 002440A | 4/9/2005 | UC | 5710.4 USD | 0 | 5710.4 | 771999 | 9/7/2004 | | 3511287 | KRL | 370360 MEMPHIS TN | OCEANSI CA | | 330000 LB | |
| 22273641 | 002440A | 1/24/2006 | UC | 3464 USD | 0 | 3464 | 817079 | 9/24/2004 | 4.51E+09 | 3511287 | KRL | 70945 MEMPHIS TN | OCEANSI CA | | 110000 LB | |
| 22276530 | 002440A | 1/23/2006 | UC | 6574.4 USD | 0 | 6574.4 | 804916 | 9/20/2004 | 4.51E+09 | 3511287 | KRL | 370361 MEMPHIS TN | OCEANSI CA | | 350000 LB | |
| 22277124 | 002440A | 1/24/2006 | UC | 3464 USD | 0 | 3464 | 817030 | 9/24/2004 | 4.51E+09 | 3511287 | KRL | 70912 MEMPHIS TN | OCEANSI CA | | 140000 LB | |
| 22280958 | 002440A | 1/23/2006 | UC | 4846.4 USD | 0 | 4846.4 | 817043 | 9/24/2004 | 4.51E+09 | 3511287 | KRL | 70918 MEMPHIS TN | OCEANSI CA | | 285000 LB | |
| 22288943 | 002440A | 1/23/2006 | UC | 6582.4 USD | 0 | 6582.4 | 771985 | 9/7/2004 | | 3521644 | KRL | 370356 MEMPHIS TN | WATSON CA | | 380000 LB | |
| 22293769 | 002440A | 1/23/2006 | UC | 8848 USD | 0 | 8848 | 771983 | 9/7/2004 | | 3521644 | KRL | 370371 MEMPHIS TN | WATSON CA | | 500000 LB | |
| 22358532 | 002440A | 1/23/2006 | UC | 8561.6 USD | 0 | 8561.6 | 813409 | 9/23/2004 | | 3511287 | KRL | 370363 MEMPHIS TN | WATSON CA | | 495000 LB | |
| 22726217 | 002440A | 1/24/2006 | UC | 26014 USD | 20256.8 | 5757.2 | 824255 | ######## | PO451008 | 3391134 | PPU | 300034 WATSON CA | EAST EDMAB | | 150000 LB | |
| 28082430 | 002440A | ######## | UC | 16718 CAD | 0 | 16718 | 449124 | 9/7/2005 | 4.51E+09 | 3509990 | KRL | 70971 WINDSOR ON | MARION OH | | 350000 LB | |

USA - 59,324.40
CA   16,718.00


EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------x
ILLINOIS CENTRAL RAILROAD  :
COMPANY, an Illinois Corporation  :
                                                :   Case No.:
      Plaintiff,   :   07-cv-5109 (LS)
                                                :
   v.   :   **AFFIDAVIT OF JACCO**
                                                :   **VAN DER POL IN SUPPORT OF**
MAMMOET USA, INC.,   :   **DEFENDANT'S MOTION TO**
                                                :   **DISMISS PURSUANT TO**
     Defendant.   :   **FED.R.CIV.P. 12(b)(2) and (3)**
------------------------------------------------x

STATE OF TEXAS   }
                             } ss.:
COUNTY OF BRAZORIA   }

    **Jacco van der Pol,** being duly sworn, deposes and states:

    1.    I have personal knowledge of and am competent to testify as to the facts below.

    2.    I am the CFO of Mammoet USA, Inc..

    3.    Mammoet USA, Inc. does not maintain an office at 1264 Maidencreek Road in Fleetwood, Berks County, Pennsylvania, or anywhere else in Pennsylvania.

    4.    A separate corporation, Mammoet USA NE Corp., maintained an office at 1246 Maidencreek Road in Fleetwood, Berks County, Pennsylvania. However, the lease for that facility expired in April 2005. Mammoet USA NE Corp. no longer maintains an office anywhere in Pennsylvania.

    5.    Mammoet USA, Inc. did not do business out of Mammoet USA NE Corp.'s facility in Fleetwood, Pennsylvania.

    6.    Mammoet USA, Inc. does not regularly do business within the Commonwealth of Pennsylvania.

7.  Mammoet USA, Inc. did not ask or bargain for Illinois Central Railroad Company to perform any services for Mammoet USA, Inc. in Pennsylvania.

_____
Jacco van der Pol

Sworn to before me this
__17__ day of January, 2008

_____
Notary Public

GEORGIA TRIPLETT
MY COMMISSION EXPIRES
June 11, 2011




# State of Delaware
### The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware [go]          Citizen Services | Business Services | Visitor Info.

**Department of State: Division of Corporations**

---

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

---

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3113183 | Incorporation Date / Formation Date: | 10/19/1999 (mm/dd/yyyy) |
| Entity Name: | MAMMOET USA NE, CORP. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE STREET | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status   ○ Status,Tax & History Information   [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

---

site map | about this site | contact us | translate | delaware.gov



# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online Orders
Order Business List
My Images
Search for Images

**Business Entity Filing History**
Date: 12/28/2007    (Select the link above to view the Business Entity's Filing History)

## Business Name History

| Name | Name Type |
|---|---|
| MAMMOET USA NE CORP. | Current Name |

### Business Corporation - Foreign - Information

| | |
|---|---|
| **Entity Number:** | 3155951 |
| **Status:** | Active |
| **Entity Creation Date:** | 7/11/2003 2:13:34 PM |
| **State of Business.:** | DE |
| **Principal Office Address:** | 1246 MAIDENCREEK RD |
| | FLEETWOOD PA 19522- |
| **Mailing Address:** | No Address |

Home | Site Map | Site Feedback | View as Text Only | Employment



Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement




# State of Delaware
## The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware [GO]   Citizen Services | Business Services | Visitor Info.

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2215994 | Incorporation Date / Formation Date: | 12/12/1989 (mm/dd/yyyy) |
| Entity Name: | MAMMOET USA, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | CORPORATION SERVICE COMPANY |
| Address: | 2711 CENTERVILLE ROAD SUITE 400 |
| City: | WILMINGTON |
| County: | NEW CASTLE |
| State: | DE |
| Postal Code: | 19808 |
| Phone: | (302)636-5401 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ILLINOIS CENTRAL RAILROAD         :
COMPANY, an Illinois Corporation  :
                                  :   Case No.:
         Plaintiff,           :   07-cv-5109 (LS)
                                  :
   v.                            :
                                  :
MAMMOET USA, INC.,                :
                                  :
         Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

      **AND NOW**, this _____ day of _____, 2008, upon consideration of Defendant's Motion to Dismiss (Document No. 9) and Plaintiff's response, it is hereby **ORDERED** that the motion is **GRANTED**. The case is **DISMISSED** because this Court lacks personal jurisdiction over Defendant.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ILLINOIS CENTRAL RAILROAD       :
COMPANY, an Illinois Corporation :
                                 :   Case No.:
        Plaintiff,               :   07-cv-5109 (LS)
                                 :
    v.                           :
                                 :
MAMMOET USA, INC.,               :
                                 :
        Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

      **AND NOW**, this _____ day of _____, 2008, upon consideration of Defendant's Motion to Dismiss (Document No. 9) and Plaintiff's response, it is hereby **ORDERED** that the motion is **GRANTED**. The case is **DISMISSED** because venue in the Eastern District of Pennsylvania is not proper.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.