UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ILLINOIS CENTRAL RAILROAD COMPANY, an Illinois Corporation, : : : Plaintiff, : : vs. : : MAMMOET USA, INC., : : Defendant. : | CIVIL ACTION<br><br>07-5109 LS |

**STIPULATION OF COUNSEL PROVIDING AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

The parties hereby stipulate and agree, through their counsel, that the time for Plaintiff, ILLINOIS CENTRAL RAILROAD COMPANY, to respond to Defendant's motion to dismiss shall be extended through and including March 3, 2008. No such prior extension has been granted and the extension does not exceed thirty (30) days.

| | |
|---|---|
| CAPEHART & SCATCHARD, P.A.<br>Attorneys for Plaintiff | SCHINDEL, FARMAN, LIPSIUS GARDNER & RABINOVICH, LLP<br>Attorneys for Defendant |
| __s/ John K. Fiorilla_____<br>By: John K. Fiorilla | ____s/ Jonathan F. Ball_____<br>By: Jonathan F. Ball<br>     I.D. No. 59420 |
| Laurel Corporate Center, Suite 300S<br>8000 Midlantic Drive - C.S. 5016<br>Mount Laurel, N.J. 08054<br>(856) 234-6800<br>jfiorilla@capehart.com | 14 Penn Plaza, Suite 500<br>225 W. 34th Street<br>New York, NY 10022<br>(212) 563-1710<br>jball@sfl-legal.com |

APPROVED AND SO ORDERED THIS _____ day of February, 2008.

**BY THE COURT:**

_____
                                         , J

929761
0489-20790