

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ILLINOIS CENTRAL RAILROAD
COMPANY, an Illinois Corporation,

    Plaintiff,

vs.

MAMMOET USA, INC.,

    Defendant.

CIVIL ACTION

07-5109 LS

## STIPULATION OF COUNSEL PROVIDING AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The parties hereby stipulate and agree, through their counsel, that the time for Plaintiff, ILLINOIS CENTRAL RAILROAD COMPANY, to respond to Defendant's motion to dismiss shall be extended through and including March 3, 2008. No such prior extension has been granted and the extension does not exceed thirty (30) days.

CAPEHART & SCATCHARD, P.A.
Attorneys for Plaintiff

SCHINDEL, FARMAN, LIPSIUS
GARDNER & RABINOVICH, LLP
Attorneys for Defendant

_s/ John K. Fiorilla_
By: John K. Fiorilla

_s/ Jonathan F. Ball_
By:  Jonathan F. Ball
I.D. No. 59420

Laurel Corporate Center, Suite 300S
8000 Midlantic Drive - C.S. 5016
Mount Laurel, N.J. 08054
(856) 234-6800
jfiorilla@capehart.com

14 Penn Plaza, Suite 500
225 W. 34th Street
New York, NY 10022
(212) 563-1710
jball@sfl-legal.com

APPROVED AND SO ORDERED THIS 6th day of February, 2008.

BY THE COURT:

_____, J

929761
0489-20790