IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ILLINOIS CENTRAL RAILROAD CO., : | CIVIL ACTION |
|         Plaintiff           : | |
|                           : | |
| v.                          : | NO. 07-5109 |
|                           : | |
| MAMMOET USA, INC.,         : | |
|         Defendant      : | |

### O R D E R

**STENGEL, J.**

      **AND NOW**, this 17th day of March, 2008, upon consideration of defendant's Motion to Dismiss for Improper Venue (Document #9) and plaintiff's letter stating that the Eastern District of Pennsylvania is not the proper venue for this case, it is hereby **ORDERED** that the motion is **GRANTED**.

      **IT IS FURTHER ORDERED** that this case is transferred to the United States District Court of Delaware. The Clerk of Court is directed to send all of the original documents in this case to that district, and to mark this case closed for statistical purposes.

                                                      BY THE COURT:

                                                      /s/ Lawrence F. Stengel
                                                      LAWRENCE F. STENGEL, J.