# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:07−cv−05109−LS

ILLINOIS CENTRAL RAILROAD COMPANY v. MAMMOET USA, INC.
Assigned to: HONORABLE LAWRENCE F. STENGEL
Cause: 28:1337 Sherman−Clayton Act

Date Filed: 12/03/2007
Date Terminated: 03/18/2008
Jury Demand: None
Nature of Suit: 450 Commerce ICC Rates, Etc.
Jurisdiction: Federal Question

**Plaintiff**

**ILLINOIS CENTRAL RAILROAD COMPANY**     represented by     **JOHN K. FIORILLA**
LAUREL CORPORATE CENTER
8000 MIDLANTIC DRIVE
SUITE 300 S
MOUNT LAUREL, NJ 08054
856−914−2054
Email: jfiorilla@capehart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MAMMOET USA, INC.**     represented by     **JONATHAN F. BALL**
SCHINDEL FARMAN LIPSIUS GARDNER &RABINOVICH LLP
14 PENN PLAZA SUITE 500
NEW YORK, NY 10122
212−563−1710
Email: jball@sfl−legal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2007 | 1 | COMPLAINT against MAMMOET USA, INC. ( Filing fee $ 350 receipt number 944160.), filed by ILLINOIS CENTRAL RAILROAD COMPANY. (Attachments: # 1 Civil Cover Sheet, # 2 Ex. A.)(ks, ) (Entered: 12/05/2007) |
| 12/03/2007 |  | Summons Issued as to MAMMOET USA, INC.. Forwarded To: Counsel on 12/5/07 (ks, ) (Entered: 12/05/2007) |
| 12/03/2007 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by ILLINOIS CENTRAL RAILROAD COMPANY.(ks, ) (Entered: 12/05/2007) |
| 12/03/2007 |  | Case Eligible for Arbitration(ks, ) (Entered: 12/05/2007) |
| 12/18/2007 | 3 | AFFIDAVIT of Service by Marshal Manlove re: served Summons, Complaint with Ex A attached, Civil Cover Sheet, Disclosure Statement and Court's Notice of Right to consent to Exercise of Jurisdiction by a United States Magistrate Judge upon Corporation Service |

|  |  |  |
|---|---|---|
|  |  | Company, registered Agent of defendant by personal on Mary Drummond – Seection head of service of process on December 7, 2007 (FIORILLA, JOHN) (Entered: 12/18/2007) |
| 12/28/2007 | " 4 | NOTICE of Appearance by JONATHAN F. BALL on behalf of MAMMOET USA, INC. with Certificate of Service(BALL, JONATHAN) (Entered: 12/28/2007) |
| 12/28/2007 | " 5 | Consent MOTION for Extension of Time to File Answer re 1 Complaint *, plead or otherwise move* filed by MAMMOET USA, INC..Certificate of Service.(BALL, JONATHAN) Modified on 1/17/2008 (nd, ). (Entered: 12/28/2007) |
| 12/28/2007 | " 6 | Stipulation Extending Time to Answer the complaint. MAMMOET USA, INC. answer due 1/18/2008, with Clerk's approval. (nda) (Entered: 12/31/2007) |
| 01/17/2008 | " 7 | STIPULATION AND ORDER THAT DEFENANT, MAMMOET USA, INC.'S TIME IN WHICH TO ANSWER PLAINTIFF'S COMPLAINT SHALL BE EXTENDED UNTIL 01/18/2008, ETC. SIGNED BY HONORABLE LAWRENCE F. STENGEL ON 01/16/2008. 01/17/2008 ENTERED AND COPIES E–MAILED.(nda) (Entered: 01/17/2008) |
| 01/18/2008 | " 8 | Disclosure Statement Form pursuant to FRCP 7.1 including Mammoet USA Holding, Inc. (Parent); Mammoet Holding, B.V. (Grandparent) with Certificate of Service by MAMMOET USA, INC..(BALL, JONATHAN) (Entered: 01/18/2008) |
| 01/18/2008 | " 9 | MOTION to Dismiss for Lack of Jurisdiction *or, in the alternative, Improper Venue* filed by MAMMOET USA, INC..Certificate of Service, Memorandum, Exhibits, Proposed Orders. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss, # 2 Exhibit 1 – Plaintiff's Complaint, # 3 Exhibit 2 – Affidavit of Jacco van der Pol, # 4 Exhibit 3 – DE Div. of Corporations Entity Details File Number 3113183, # 5 Exhibit 4 – PA Dept. of State Business Entity Filing History, Entity No. 3155951, # 6 Exhibit 5 – DE Div. of Corporations Entity Details File Number 2215994, # 7 Text of Proposed Order Proposed Order Granting Motion to Dismiss for Lack of Personal Jurisdiction, # 8 Text of Proposed Order Proposed Order Granting Motion to Dismiss for Improper Venue)(BALL, JONATHAN) (Entered: 01/18/2008) |
| 02/01/2008 | " 10 | STIPULATION *OF COUNSEL PROVIDING AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS MOTION TO DISMISS* by ILLINOIS CENTRAL RAILROAD COMPANY. (FIORILLA, JOHN) (FILED IN ERROR BY ATTORNEY; COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 2/4/2008 (nd). (Entered: 02/01/2008) |
| 02/06/2008 | " 11 | STIPULATION AND ORDER THAT RESPONSES TO DEFENDANT'S MOTION TO DISMISS SHALL BE EXTENDED UP UNTIL 3/3/2008.SIGNED BY HONORABLE LAWRENCE F. STENGEL ON 2/6/08. 2/6/08 ENTERED AND COPIES E–MAILED.(ah) (Entered: 02/06/2008) |
| 03/18/2008 | " 12 | ORDER THAT DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE IS GRANTED. THIS CASE SHALL BE TRANSFERRED TO THE U.S. DISTRICT COURT OF DELAWARE. ALL ORIGINAL DOCUMENTS ARE TO BE SENT TO THAT DISTRICT AND THIS CASE SHALL BE MARKED AS CLOSED FOR STATISTICAL PURPOSES.SIGNED BY HONORABLE LAWRENCE F. STENGEL ON 3/17/08. 3/18/08 ENTERED AND COPIES E–MAILED.(ah) (Entered: 03/18/2008) |