OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 18, 2008

Jonathan F. Ball
Schindel Farman Lipsius Gardner & Rabinovich LLP
14 Penn Plaza Suite 500
New York, NY 10122

      RE:    Illinois Central Railroad Company v. Mammoet USA Inc.
             Civil Action No.: 08-220

Dear Counsel:

The above referenced action was filed in this district on 4/18/08.

Pursuant to Local Rule 83.5(d) and (e) of Civil Practice for the United States District Court for the District of Delaware, it is required that all parties associate themselves with local counsel. Local Rule 83.5(d) and (e) reads as follows:

" Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of Delaware may not be admitted <u>pro hac vice</u> in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware Counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

Please have your local counsel enter an appearance on or before 5/21/08.

                              Sincerely,

                              Peter T. Dalleo
                              Clerk of Court

                              By:<u>/s/ Elizabeth Dinan</u>
                              Deputy Clerk