CAPEHART & SCATCHARD, P.A.
A Professional Corporation
Laurel Corporate Center, Suite 300
8000 Midlantic Drive - C.S. 5016
Mount Laurel, N.J. 08054
(856) 234-6800
Attorneys for Plaintiff
By: John K. Fiorilla, Esq.

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JUN 19 PM 2: 37

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ILLINOIS CENTRAL RAILROAD
COMPANY, an Illinois Corporation

         Plaintiff,

vs.

MAMMOET USA, INC.,

         Defendant.

CASE NO. 08-CV-220 (GMS)

CIVIL ACTION

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Illinois Central Railroad Company, hereby gives notice of its intent to voluntarily dismiss with prejudice the above-captioned action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

         CAPEHART & SCATCHARD, P.A.
         A Professional Corporation
         Attorneys for Illinois Central Railroad
         Company

         By _____
             John K. Fiorilla

DATED: June 17, 2008.

1009227
0489-20709